IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| R. JOHN GENINS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV205-116 |
| STATE BAR OF GEORGIA; NORMAN S. FLETCHER; JUSTICES OF THE SUPREME COURT; UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA; ELEVENTH CIRCUIT COURT OF APPEALS; SUPREME COURT FOR THE UNITED STATES, and THE STATE OF GEORGIA, | : |
| Defendants. | : |

## ORDER

After consideration of the Motion for Reconsideration filed by the State Bar of Georgia, and Plaintiff's response, the Motion for Reconsideration is **DENIED**. If said Defendant contests proper service, it may assert same in a motion.

In Plaintiff's response to the various motions and Court Order, he seeks an extension of time to respond to the Motion to Dismiss filed by the Federal Court Defendants. Said motion is **GRANTED**. Plaintiff shall have until April 1, 2006, to file any desired response to the Federal Court Defendants' Motion to Dismiss.

**SO ORDERED**, this 23rd day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)