# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Brunswick Division

| | |
|---|---|
| R. JOHN GENINS<br>    Plaintiff, | ) <br> ) **JUDGMENT IN A CIVIL CASE** <br> ) <br> ) |
| vs. | ) CASE NUMBER: CV 205-116 <br> ) |
| STATE BAR OF GEORGIA,<br>NORMAN S. FLETCHER, ETAL<br>    Defendants | ) <br> ) <br> ) |

## AMENDED JUDGMENT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Court's Order dated April 24, 2006, dismissing Plaintiff's claims against Defendants The U.S. District Court for the Southern District of Georgia, U.S. District Court for the Northern District of Georgia, Eleventh Circuit Court of Appeals, Supreme Court of the United States and State of Georgia for failure to perfect service, said Defendants are dismissed from this case without prejudice.

The Clerk's Judgment entered on April 24, 2006, is hereby vacated.

| | |
|---|---|
| May 2, 2006 <br> Date | SCOTT L. POFF <br> Clerk <br> _/s/_ <br> (By) Deputy Clerk |