IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

R. JOHN GENINS,

    Plaintiff,

vs.

STATE BAR OF GEORGIA,

    Defendant.

CIVIL ACTION NO.: CV205-116

## ORDER

Defendant State Bar of Georgia has filed a Motion to Stay Discovery Requirements Until Resolution of Defendant State Bar of Georgia's Motion to Dismiss. No response has been filed to the motion. Accordingly, Defendant's unopposed Motion to Stay Discovery is **GRANTED**.

**SO ORDERED**, this 20th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)