United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 25 P 3 56

CLERK_____
SO. DIST. OF GA.

R. JOHN GENINS,                  :     CIVIL ACTION

    Plaintiff,                   :

        v.                          :

STATE BAR OF GEORGIA, et al.,    :

    Defendants.                  :     NO. CV205-116


O R D E R

    Presently before the Court is Plaintiff's Motion to Vacate Clerk's Judgment and to Clarify and Extend Time to File Proposed Amendment and Notice of Appeal. (Doc. No. 82.) Having read and duly considered Plaintiff's motion,

    Plaintiff's request to vacate the Clerk's September 19, 2006, Judgment is **DENIED**;

    Plaintiff's request for clarification and extension of time to file proposed amendment and notice of appeal is **DENIED**; and

    The Clerk is directed to enter judgment pursuant to the Court's April 24, 2006, Order dismissing Norman S. Fletcher and

AO 72A
(Rev. 8/82)

the Justices of the Georgia Supreme Court. Accordingly, the above-captioned case stands **DISMISSED** with prejudice.

**SO ORDERED**, this ___25___ day of October, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)