AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 25 P 4: 14

CLERK _____
SO. DIST. OF GA.

R. JOHN GENINS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-116

NORMAN S. FLETCHER, AND THE JUSTICES
OF GEORGIA SUPREME COURT OF GEORGIA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in acccordance with the Court's Order dated April 24, 2006, and October 25, 2006, granting Defendants Norman S. Fletcher and the Justices of Georgia Supreme Court of Georgia motion to dismiss, judgment of dismissal is hereby entered and this case stands dismissed with prejudice.

| | |
|---|---|
| October 25, 2006 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03