# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED
2006 DEC -1 P 3: 20

R. JOHN GENINS, : CIVIL ACTION
    Plaintiff, :
        v. :
STATE BAR OF GEORGIA, et al., :
    Defendants. : NO. CV205-116

### O R D E R

Upon consideration of the Plaintiff's Motion to vacate the Judgment entered in this case, the same is hereby **DENIED**.

**SO ORDERED**, this ___1st___ day of December, 2006.

                                  Anthony A. Alaimo
                                  JUDGE, UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)